| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Harrah Whites Meadows Nursing, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0704010** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **455 East Paces Ferry Road, NE Suite 302 Atlanta, GA 30305** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton** | **Location of principal assets, if different from principal place of business** |
| | | County | **Harrah Nursing Center 2400 Whites Meadow Drive Harrah, OK 73045** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Harrah Whites Meadows Nursing, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Harrah Whites Meadows Nursing, LLC**                                   Case number (*if known*)
         Name

11. **Why is the case filed in *this district?***   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**   .   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
    ☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

15. **Estimated Assets**

    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
    ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Harrah Whites Meadows Nursing, LLC**_____  Case number (*if known*)_____
           Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 27, 2019**
             MM / DD / YYYY

X **/s/ Chistopher F. Brogdon**_____    **Chistopher F. Brogdon**_____
  Signature of authorized representative of debtor       Printed name

Title  **Manager**_____

**18. Signature of attorney**

X **/s/ Theodore N. Stapleton**_____    Date **September 27, 2019**
  Signature of attorney for debtor                           MM / DD / YYYY

**Theodore N. Stapleton**_____
Printed name

**Theodore N. Stapleton, P.C.**_____
Firm name

**2802 Paces Ferry Road SE**
**Suite 100-B**
**Atlanta, GA 30339**
Number, Street, City, State & ZIP Code

Contact phone **(770) 436-3334**      Email address **tstaple@tstaple.com**

**675850 GA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Harrah Whites Meadows Nursing, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3MC Consulting, LLC<br>PO Box 6541<br>Macon, GA 31208 | | Account | Disputed | | | $260,000.00 |
| ALLCARE PHARMACY<br>PO BOX 176<br>Arkadelphia, AR 71923 | | Account | | | | $46,903.80 |
| Alternative Risk Management<br>814 WEST NORTHWEST HWY<br>Arlington Heights, IL 60004 | | Note Payable | | | | $14,860.00 |
| APN HEALTHCARE INC<br>P.O. Box 13060<br>Oklahoma City, OK 73113-1060 | | Account | | | | $35,905.93 |
| BLUECROSS BLUESHIELD HEALTH CARE SERVICE CORPORATION<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | | Account | | | | $26,653.04 |
| HANSEN HUNTER & CO. P.C.<br>2550 Northside Crossing<br>Macon, GA 31210 | | Account | | | | $26,400.00 |
| Healthcare Services Group<br>111 N. SIXTH STREET<br>Reading, PA 19601 | | Note Payable | | | | $87,080.88 |

Debtor  **Harrah Whites Meadows Nursing, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Novaerus
Dept CH 19983
Palatine, IL 60055-9983 | | Note Payable | | | | $18,682.41 |
| OKLAHOMA COUNTY TREASURER
320 Robert S. Kerr Room 2307
Oklahoma City, OK 73102 | | Withholding Taxes | | | | $162,931.93 |
| OKLAHOMA HEALTH CARE AUTHORITY
Quality of Care
P.O. Box 18476
Oklahoma City, OK 73154 | | | | | | $31,674.42 |
| OMNICARE, INC.
Dept 781668
P.O. Box 78000
Detroit, MI 48278-1668 | | Account | | | | $149,728.99 |
| OU MEDICAL CENTER
P.O. Box 277362
Atlanta, GA 30384 | | Account | | | | $28,217.72 |
| RELIANT REHABILITATION
PO BOX 207773
Dallas, TX 75320 | | Account | | | | $14,076.00 |
| Southern Bank
303 W. Market Street
P.O.Box 574
Dexter, MO 63841 | | All inventory, equipment, accounts, and other personal property. | | $1,749,807.79 | $0.00 | $1,749,807.79 |
| Stein Ancillary
8520 South 36th Terrace
Fort Smith, AR 72908 | | Note Payable | | | | $49,365.88 |
| Synergy Care, Inc.
127 WEST BROAD STREET
SUITE 850
Lake Charles, LA 70601 | | Note Payable | | | | $56,083.92 |
| THERAPY ZONE
PO Box 13525
Maumelle, AR 72113 | | Account | | | | $18,292.80 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor  **Harrah Whites Meadows Nursing, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TwinMed**  P.O. Box 54390  Los Angeles, CA 90054-0390 | | **Note Payable** | | | | **$16,630.95** |
| **United States Treasury**  **INTERNAL REVENUE SERVICE**  **PO BOX 80110**  **Cincinnati, OH 45280-0110** | | **Withholding Taxes** | **Disputed** | | | **$364,475.95** |
| **US FOODS INC.**  **P.O. Box 973118**  **Dallas, TX 75397-3118** | | **Account** | | | | **$14,187.80** |

```
3MC Consulting, LLC
PO Box 6541
Macon, GA 31208


Aaron Chausmer
205 Corporate Center Drive
Suite B
Stockbridge, GA 30281


AIR FORCE 1 A/C & HTG., LLC
PO BOX 26
Tecumseh, OK 74873


ALLCARE PHARMACY
PO BOX 176
Arkadelphia, AR 71923


Alternative Risk Management
814 WEST NORTHWEST HWY
Arlington Heights, IL 60004


APN HEALTHCARE INC
P.O. Box 13060
Oklahoma City, OK 73113-1060


BLUECROSS BLUESHIELD
HEALTH CARE SERVICE CORPORATION
P.O. Box 731428
Dallas, TX 75373-1428


CANON FINANCIAL
1628 S. POPLAR AVENUE
BROKEN ARROW, OK 74102-5115


DEARBORN NATIONAL
36788 Eagle Way
Chicago, IL 60678
```

```
DELTA DENTAL
P.O. Box 960020
Oklahoma City, OK 73196-0020



DYNAMIC MEDICAL SOLUTIONS, INC
3500 S Boulevard
Suite 18B
Edmond, OK 73013



ECLIPSE THERAPY SOLUTIONS
3112 Cooke Way
klahoma City, OK 73179-2401



First Choice
PO BOX 3608
JACKSON, MS 39207



GREAT AMERICAN INSURANCE AGENCY, INC.
P.O. Box 677613
Dallas, TX 75267-6713



HANSEN HUNTER & CO. P.C.
2550 Northside Crossing
Macon, GA 31210



HARRAH CHAMBER OF COMMERCE
P.O. Box 907
Harrah, OK 73045



Healthcare Services Group
111 N. SIXTH STREET
Reading, PA 19601



INTEGRATED MEDICAL EQUIPMENT, LLC
3649 CONFLANS RD,
SUITE 120
Irving, TX 75061
```

```
Internal Revenue Service
401 W. Peachtree Street, NW
Room 900 MS 334D
Atlanta, GA 30308




Joseph Burton
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338




KCI USA
P.O. Box 301557
DALLAS, TX 75303-1557




MCBRIDE ORTHOPEDIC HOSPITAL
P.O. Box 268981
Oklahoma City, OK 73126




Mid-west Landscape
415 N Mitchell Terrace
Mustang, OK 73064




MIDWEST LAUNDRY GROUP LLC
1314 TWIN OAKS
SUITE A
Jonesboro, AR 72401




MSC GROUP, INC.
PO BOX 206811
Dallas, TX 75320-6811




Novaerus
Dept CH 19983
Palatine, IL 60055-9983




OKLAHOMA COPIER SOLUTIONS
P.O. Box 925
Norman, OK 73070
```

```
OKLAHOMA COUNTY TREASURER
320 Robert S. Kerr Room 2307
Oklahoma City, OK 73102




OKLAHOMA HEALTH CARE AUTHORITY
Quality of Care
P.O. Box 18476
Oklahoma City, OK 73154




Olusola Dada
1645 Sout 101st  Street E. Ave
Room 177 MS 5227-TUL
Tulsa, OK 74128




OMNICARE, INC.
Dept 781668
P.O. Box 78000
Detroit, MI 48278-1668




OU MEDICAL CENTER
P.O. Box 277362
Atlanta, GA 30384




POINTCLICKCARE TECHNOLOGIES, INC.
PO BOX 674802
Detroit, MI 48267-4802




RELIANT MANAGEMENT GROUP
5800 Granite Parkway
Suite 1000
Plano, TX 75024




RELIANT REHABILITATION
PO BOX 207773
Dallas, TX 75320
```

```
RELIAS LEARNING
111 Corning Road
Suite 250
Cary, NC 27518



RESPIRATORY SOLUTIONS OF WESTERN OK
P.O. Box 721672
Oklahoma City, OK 73172



SCHRYVER MEDICAL SALES & MARKETING, LLC
12075 E 45TH AVE,
SUITE 600
Denver, CO 80239-3123



Southern Bank
303 W. Market Street
P.O.Box 574
Dexter, MO 63841



SOUTHWEST ORTHOPAEDIC
P.O. Box 269049
Oklahoma City, OK 73126-9049



Stein Ancillary
8520 South 36th Terrace
Fort Smith, AR 72908



SUPPLYWORKS
Bank of America
Lockbox 404290, 6000 Feltwood
College Park, GA 30349



Synergy Care, Inc.
127 WEST BROAD STREET
SUITE 850
Lake Charles, LA 70601
```

```
THERAPY ZONE
PO Box 13525
Maumelle, AR 72113



TIMOTHY J. MCGAUGHEY, P.C.
3577 Chamblee Tucker Road
Suite A #313
Atlanta, GA 30341



TwinMed
P.O. Box 54390
Los Angeles, CA 90054-0390



United States Treasury
INTERNAL REVENUE SERVICE
PO BOX 80110
Cincinnati, OH 45280-0110



US FOODS INC.
P.O. Box 973118
Dallas, TX 75397-3118
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Harrah Whites Meadows Nursing, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Harrah Whites Meadows Nursing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Christopher F. Brogdon**  
**455 East Paces Ferry Road, NE**  
**Suite 302**  
**Atlanta, GA 30305**

**Connie B. Brogdon**  
**455 Est Paces Ferry Road, NE**  
**Suite 302**  
**Atlanta, GA 30305**

☐ None [*Check if applicable*]

**September 27, 2019**  
Date

**/s/ Theodore N. Stapleton**  
**Theodore N. Stapleton**  
Signature of Attorney or Litigant  
Counsel for   **Harrah Whites Meadows Nursing, LLC**  
**Theodore N. Stapleton, P.C.**  
**2802 Paces Ferry Road SE**  
**Suite 100-B**  
**Atlanta, GA 30339**  
**(770) 436-3334 Fax:(770) 935-5344**  
**tstaple@tstaple.com**